UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEREMY VELEZ,

    Plaintiff,

v.                                               Case No. 6:20-cv-1272-NPM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

Before the Court is the Unopposed Motion for Entry of Judgment with Remand (Doc. 19). The Commissioner of Social Security seeks remand for further proceedings, and Plaintiff consents to the relief requested. (*Id.*, p. 1). The parties consented to proceed before a Magistrate Judge for all proceedings. (Doc. 17).

Accordingly, it is **ORDERED** that the Unopposed Motion for Entry of Judgment With Remand (Doc. 19) is **GRANTED** as follows:

(1)     Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for further administrative proceedings as follows:

> On remand by the Court, the Appeals Council will forward the case to an administrative law judge ("ALJ"), who will be instructed to: 1) update the

       medical record; 2) include, exhibit and review the full examination report from Dr. Pearson, a consultative examiner; and 3) if necessary, to hold a supplemental hearing and obtain supplemental evidence from a vocational expert; and 4) before relying on the vocational expert evidence, identify and resolve any conflicts in compliance with agency policy and Social Security Rulings 83-14 and 00-4p.

(Doc. 19, p. 1).

(2)    If Plaintiff prevails in this action on remand, Plaintiff must comply with the Order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22.

(3)    The Clerk of Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on February 25, 2021.

                                                NICHOLAS P. MIZELL
                                               UNITED STATES MAGISTRATE JUDGE